## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. August Beernaert, plaintiff in error. Gen. No. 7,311.

Prosecution under state prohibition act. Defendant convicted. Error to the County Court of Rock Island county; the Hon. Daniel A. Hebel, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed March 27, 1925.

Francis C. King, for plaintiff in error. Benjamin S. Bell, State's Attorney, and Edward L. Eagle, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Oscar W. Schneider, appellant, v. Otto Neubert et al., appellees. Gen. No. 7,347.

Suit on contract. Judgment for defendants. Appeal from the Circuit Court of Henry county; the Hon. C. J. Searle, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed March 27, 1925.

Sturtz & Ewan, for appellant. Thomas J. Welch and Andrews & O'Connor, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

W. H. Lowe, appellee, v. M. Huber, appellant. Gen. No. 7,389.

Suit on contract of employment. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Alex J. Powell and Werner H. Sommers, for appellant. H. H. Wheeler and Miller & Streeter, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

David R. Forgan et al., plaintiffs in error, v. William H. Leithner et al., defendants in error. Gen. No. 7,400.

Suit on promissory notes. Judgment for defendants. Error to the Circuit Court of Rock Island county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

Connelly, Weld, Walker & Searle, for plaintiffs in error. Joseph P. Kelly and Harry M. McCaskrin, for defendants in error.

Mr. Presiding Justice Jett delivered the opinion of the court.